**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA		:
						:
         v.				:	CRIMINAL NO.:  3:13-cr-177-LSC-JEG
						:			    3:08-cr-302-LSC-JEG
AARON M. RICHARDSON			:

## O R D E R

After his most recent arrest, defendant Aaron Marcus Richardson was ordered transported to the Federal Detention Center in Miami, Florida, so that an examination addressing his competency could be conducted.  Lisa Feldman, Psy.D., offered the opinion that Richardson was suffering from a mental disorder which rendered him incompetent to proceed.  Counsel for the parties stipulated to those findings, and the Court ordered that Richardson be committed to a suitable facility for further evaluation and treatment.  Richardson was transported to the Federal Medical Center in Butner, North Carolina (FMC-Butner) for that evaluation and treatment.

The initial report issued from FMC-Butner opined that Richardson remained incompetent, but further opined that there was a substantial probability that his competency could be restored with a period of treatment with antipsychotic medication. The examiner requested authorization for involuntary administration of medication. Richardson was

returned to Jacksonville, Florida for a hearing, pursuant to Sell v. United States, 539 U.S. 166 (2003). After the hearing was held on that request for involuntary administration of medication, the court authorized an injectable form of medication that could be administered involuntarily.

Richardson was returned to FMC-Butner for treatment. Maureen L. Reardon, Ph.D., ABPP, the Deputy Chief Psychologist in the Mental Health Department at FMC-Butner, then authored a Forensic Evaluation report opining that Richardson's competency has been restored and that he is able to proceed. A Certificate of Restoration and Competency to Stand Trial was executed by Kenny Atkinson, Complex Warden at FMC-Butner on May 26, 2015. Richardson was returned to Jacksonville, Florida, for a competency hearing.

On June 23, 2015, Magistrate Judge James E. Graham conducted that competency hearing. Counsel for the government, Richardson, and his attorney were present. The government offered the Forensic Evaluation report of Dr. Reardon and the Warden's Certificate of Restoration and Competency as evidence. Counsel for Richardson stated that he had no objection to the admission of those documents. Counsel for Richardson also stated that receiving testimony from Dr. Reardon was not necessary and that he had no desire to question Dr. Reardon. Counsel for Richardson stated that he had discussed those matters with Richardson and Richardson agreed thereto. Richardson verbally confirmed his agreement during the hearing. The undersigned has reviewed that hearing. Dr. Reardon's Forensic Evaluation report and Warden Atkinson's Certificate of Competency are accepted by the Court.

Based on Dr. Reardon's Forensic Evaluation report and the Warden's Certificate, and in the absence of any contrary evidence, the Court finds by a preponderance of the evidence that Richardson is not presently suffering from a mental disease or defect that renders him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. The Court finds that Richardson is competent to proceed in these cases.

**DONE** AND **ORDERED** ON JUNE 29, 2015.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

173538