UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 3:13-cr-177-LSC-JEG
                                                                  3:08-cr-302-LSC-JEG

AARON M. RICHARDSON

### ORDER

Upon motion of the government, unopposed by the defendant, the Court finding there is reason to believe that an examination of the defendant is necessary and proper in order to determine if he is competent, pursuant to 18 U.S.C. §§ 4241 and 4247, it is ORDERED:

1.   That Dr. Alan J. Harris, Ph.D., an expert in the field of psychology, is appointed to conduct an examination of the defendant in order to determine his present competency, which shall include his ability to understand the nature and consequences of the proceedings against him and his ability to assist properly in his defense.   In making this determination, Dr. Harris shall specifically include in his report the following items:

(1)   the person's history and present symptoms;

(2)   a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3)   the examiner's findings;

(4)   the examiner's opinions as to diagnosis

AO72A
(Rev. 8/82)

and prognosis; and

(5) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

With regard to item (5), Dr. Harris shall answer the following additional questions:

(a) Does the defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding?

(b) Does the defendant have a rational, as well as a factual understanding of the proceedings against him?

2. Dr. Harris will visit the defendant, Aaron M. Richardson, who is now in the confined in the Baker County Detention Facility, located at 1 Sheriff's Office Drive, MacClenny, Florida 32063, on Friday, November 20, 2015 at 8:15 a.m. to conduct the examination.

3. That upon completion of the examination, Dr. Harris shall prepare a written report which includes the answers to the above questions and furnish it to the Honorable James E. Graham, United States Magistrate Judge, Room 226, 801 Gloucester Street, Brunswick, GA 31520, with copies to the Honorable L. Scott Coogler, United States District Judge, 2005 University Boulevard, Tuscaloosa Alabama 35401, Mac D. Heavener, III, Assistant United States Attorney, 300 N. Hogan Street, Suite 700, Jacksonville, Florida 32202, and

to John J. Ossick, Jr., Esquire, 230 Lee Street, Kingsland, Georgia 31548. The United States Attorney's Office, 300 N. Hogan Street, Suite 700, Jacksonville, Florida 32202, shall be billed directly for all services rendered in accordance with this Order.

4. That a copy of this Order shall be personally served on the defendant, Aaron M. Richardson, by the United States Marshal or his duly authorized representative.

5. That a competency hearing shall be held before Magistrate Judge James E. Graham on November 30, 2015 at 2:00 p.m. in Courtroom 12A, Federal Courthouse, Jacksonville, Florida.

DONE AND ORDERED at Brunswick, Georgia, this 28th day of October, 2015.

_____
JAMES E. GRAHAM
United States Magistrate Judge

Copies to:

U.S. Marshal
Aaron M. Richardson, via U. S. Marshal
United States District Judge L. Scott Coogler
Counsel for Defendant (John J. Ossick, Jr.)
Counsel for Defendant (Meredith Jones Kingsley)
U. S. Attorney (Mac D. Heavener, III)
U. S. Attorney (Mark Devereaux)
Dr. Alan Harris, Ph.D.