**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO.: 3:13-cr-177-LSC-JEG |
| AARON M. RICHARDSON : | 3:08-cr-302-LSC-JEG |
| : | |

**O R D E R**

On June 29, 2015, the Court found, by a preponderance of the evidence, that defendant Aaron Marcus Richardson was not suffering from a mental disease or defect that rendered him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. Further, the Court specifically found that Richardson was competent to proceed in these cases.

On November 30, 2015, Magistrate Judge James E. Graham conducted a competency hearing to ensure that Richardson remains competent to stand trial. Counsel for the government, Richardson, and his attorneys were present. During the hearing, the government offered the Forensic Psychological Evaluation of Alan J. Harris, Ph.D., dated November 24, 2015. Dr. Harris testified confirming that he had in fact met with Richardson on November 20, 2015, and prepared the report provided to the court. Counsel for Richardson stated that he had no objection to the admission of Dr. Harris' evaluation. Defendant's attorney questioned Harris and introduced five exhibits. Defendant's attorneys were also given the opportunity to call witnesses on defendant's behalf.

Dr. Harris, as reflected in his Forensic Psychological Evaluation, finds that, in his professional opinion, Richardson remains competent to stand trial. Following the

Courts review of Dr. Harris' November 24, 2015 evaluation, and the matters addressed at the hearing, the Court hereby reaffirms its previous finding regarding Richardson's competency and specifically finds that Richardson is competent to proceed in these cases.

      **DONE** AND **ORDERED** ON NOVEMBER 30, 2015.

                                            _____
                                                L. SCOTT COOGLER
                                     UNITED STATES DISTRICT JUDGE
                                                                     173538