UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 3:13-CR-00177-LSC-JEG-1 |
| | ) |
| AARON M. RICHARDSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 15, 2015, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that defendant, Aaron M. Richardson's, Motion to Suppress Identification be denied (doc. 64), his Motion to Suppress Evidence be denied (doc. 63), and his Motion to Suppress Richardson's Statements be granted in part and denied in part (doc. 62). (Doc. 124). He further recommended that the Government should not be allowed to use Richardson's statements at Shands Hospital at Richardson's trial but should be allowed to use all other statements made and physical evidence gathered against Richardson. (*Id.*)

On January 6, 2016, the defendant filed under seal objections to the magistrate judge's report and recommendation. (Doc. 130.) On January 20, 2016, the Government responded to those objections, also under seal. (Doc. 134.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the defendant's objections thereto, and the Government's response, the Court is of the opinion that the defendant's objections are due to be and hereby are OVERRULED, the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the defendant's Motion to Suppress Identification is DENIED (doc. 64), his Motion to Suppress Evidence is DENIED (doc. 63), and his Motion to Suppress Richardson's Statements is GRANTED IN PART AND DENIED IN PART as stated in the magistrate judge's report and recommendation (doc. 62).

**DONE** AND **ORDERED** ON FEBRUARY 4, 2016.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704