**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA          CASE NO. 3:13-cr-177-LSC-JEG
v.
AARON M. RICHARDSON

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Mark Devereaux | John Ossick |
| Mac Heavener | Meredith Kingsley |

**HONORABLE L. SCOTT COOGLER, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Emily A. Morin          Court Reporter:  Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF:  JURY SELECTION AND TRIAL**

Preliminary matters heard before the Court.

Jury selection.

Jury sworn. Court gave preliminary instructions to the jury.

Rule invoked with the exception of Judge Timothy J. Corrigan, Nancy Corrigan, and Susanne Weisman.

Opening statements by counsel.

Government's Witnesses: Nancy Corrigan
                                       Barbara Stamp
                                       Officer Byron G. Johnson
                                       Officer Bradley Smith
                                       Special Agent Larry Meyer

Government's Exhibits: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 15, 101, P1 through P200


Jury recessed and shall report back at 8:30 a.m. on Saturday, March 12, 2016.
_____

**DATE:** March 11, 2016   **TIME:**  9:16 a.m. – 12:53 p.m.   **TOTAL:**  7 Hours, 53 Minutes
Recess 1:54 p.m. – 6:10 p.m.