**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13-cr-177-LSC-JEG |
| v. | |
| AARON M. RICHARDSON | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Mark Devereaux | John Ossick |
| Mac Heavener | Meredith Kingsley |

**HONORABLE L. SCOTT COOGLER, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Emily A. Morin          Court Reporter: Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 2)**

Preliminary matters heard before the Court.

Government's Witnesses: Special Agent Larry Meyer
    Honorable Thomas E. Morris
    Officer Rodney Pickney
    Officer David Brock
    Officer Wes Bowen
    Special Agent Steve Burros
    Special Agent Scott Waters
    Special Agent Andrew Spurlock
    Sharon Richardson
    Eric Markewicz

Government's Exhibits: 11, 14A, 14B, 16A, 16B, 17 – 32, 33 – 36, 36A, 36B, 36B1 - 36B22, 36C - 36G, 37, 38, 38A, 39, 40A, 42A, 42B, 43 - 48, 49, 50, 51, 52, 53, 60A, 60B, 61A, 61B, 61C, 61D, 62, 63, 99A, 99B

Jury recessed and shall report back at 8:30 a.m. on Monday, March 14, 2016.

_____

**DATE:** March 12, 2016   **TIME:** 8:29 a.m. – 11:46 a.m.   **TOTAL:** 8 Hours, 51 Minutes
Recess 12:51 p.m. – 6:25 p.m.