**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>AARON M. RICHARDSON | CASE NO. 3:13-cr-177-LSC-JEG |

| | |
|---|---|
| Counsel for Government:<br>Mark Devereaux<br>Mac Heavener | Counsel for Defendant:<br>John Ossick<br>Meredith Kingsley |

**HONORABLE L. SCOTT COOGLER, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Emily A. Morin          Court Reporter:  Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF:  JURY TRIAL (DAY 3)**

Preliminary matters heard before the Court.

Government's Witnesses: Special Agent Justin Fleck
　　　　　　　　　　　Cami Haynes
　　　　　　　　　　　Ronald Richardson
　　　　　　　　　　　Joshua Sizemore
　　　　　　　　　　　Patrick Burns
　　　　　　　　　　　Jabari Hall
　　　　　　　　　　　Pearl Arriaga
　　　　　　　　　　　Special Agent Bill Logan
　　　　　　　　　　　S. Joseph Abraham
　　　　　　　　　　　Gregory Smith
　　　　　　　　　　　Manuel Marguy
　　　　　　　　　　　Detective Darrell Runge
　　　　　　　　　　　Sally Watson

Government's Exhibits: 56 - 58, 64, 65A, 65B, 66 - 72, 76B, 77J, 78B, 83, 104

The Court advised the defendant of his rights on whether or not he will choose to testify at trial.

Jury recessed and shall report back at 8:30 a.m. on Tuesday, March 15, 2016.

_____

**DATE:** March 14, 2016   **TIME:** 8:28 a.m. – 11:37 a.m.   **TOTAL:** 8 Hours, 37 Minutes
Recess 12:38 p.m. – 6:06 p.m.