**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA           CASE NO. 3:13-cr-177-LSC-JEG
v.
AARON M. RICHARDSON

Counsel for Government:            Counsel for Defendant:
Mark Devereaux                     John Ossick
Mac Heavener                       Meredith Kingsley

**HONORABLE L. SCOTT COOGLER, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Emily A. Morin            Court Reporter:  Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF:  JURY TRIAL (DAY 4)**

Preliminary matters heard before the Court.

Government's Witnesses: Sally Watson
- Officer Jesse L. Eanes
- Melissa Clark
- Officer Trent Helms
- Mary B. Parks
- Nicole Murlowski
- Officer Darren D. Kathman
- Officer Henry L. Rivers
- Officer Ryan L. Johnson
- Justin M. Allen
- Andria Mehltretter
- Brian McVicker

Government's Exhibits: 75, 76A, 76C – 76H, 77A – 77I, 78A, 78C – 78H, 79 - 82, 84 – 90, 91A, 91B, 92, 93, 93A, 93B, 93C, 100, 102, 103

Defendant's Exhibits: 55

Jury recessed and shall report back at 8:30 a.m. on Wednesday, March 16, 2016.

_____

**DATE:** March 15, 2016   **TIME:**  8:29 a.m. – 11:48 a.m.   **TOTAL:**  6 Hours, 57 Minutes

Recess 12:56 p.m. – 3:34 p.m.